IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN JOSE BONILLA VELEZ

XXX-XX-7048

Debtor(s)

CASE NO. 10-01156 ESL

Chapter 7

FILED & ENTERED ON 06/29/2010

ORDER

The motion filed by Borinquen Community Federal Credit Union (docket #17) is hereby denied without prejudice to filing an adversary proceeding to revoke the discharge order.  11 USC §727(d), FRBP 7001(4).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:    DEBTOR(S)
       OMAR   COLON RIVERA
       WILFREDO  SEGARRA MIRANDA
       Borinquen Community Federal Credit Union