IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01156 ESL

JUAN JOSE BONILLA VELEZ

Chapter 7

XXX-XX-7048

FILED & ENTERED ON 06/29/2010

Debtor(s)

ORDER

The motion filed by Borinquen Community Federal Credit Union (docket #17) is hereby denied without prejudice to filing an adversary proceeding to revoke the discharge order.  11 USC §727(d), FRBP 7001(4).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      OMAR   COLON RIVERA
      WILFREDO   SEGARRA MIRANDA
      Borinquen Community Federal Credit Union

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: collazoi              Page 1 of 1              Date Rcvd: Jun 29, 2010
Case: 10-01156                 Form ID: pdf001             Total Noticed: 23

The following entities were noticed by first class mail on Jul 01, 2010.
db          +JUAN JOSE BONILLA VELEZ,    URB MARBELLA,    CALLE D 141,    AGUADILLA, PR 00603-5524
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr          +BORINQUEN COMMUNITY FEDERAL CREDIT UNION,    MARIA C MAYORAL MALDONADO ESQ,    PO BOX 1809,
              MAYAGUEZ, PR 00681-1809
cr          +COOP. AGUADILLA,    APARTADO 541,    AGUADILLA, PR 00605-0541
cr          +MARIA CRISTINA MAYORAL MALDONADO,    C/O BORINQUEN COMMUNITY CREDIT UNION,    PO BOX 1809,
              MAYAGUEZ, PR 00681-1809
2981182      ANTONIO I. HERNANDEZ SANTIAGO,    PO BOX 8509,    SAN JUAN PR 00910-0509
2925291      BANCO DE SANTANDER VISA,    PO BOX 2589,    SAN JUAN, PR  00936-2589
2925292     +BORINQUEN FEDERAL,    CREDIT UNION,    PO BOX 250474,    AGUADILLA, PR 00604-0474
2925293      CITIBANK SD, NA,    PO BOX 6241 CREDIT BUREAU,    SIOUX FALLS, SD  57117-6241
2925294      COOP A/C AGUADILL,    PO BOX 541,    AGUADILLA, PR  00605-0541
2980675     +COOP. A/C DE AGUADILLA,    APARTADO 541,    AGUADILLA, PR 00605-0541
2925295      COOPERATIVA COOPEGUADILLA RATIVA A/C A,    PO BOX 541,    AGUADILLA, PR  00605-0541
2925297     +HSBC RETAIL SERVICE,    LIZ CLAIBORNE,    PO BOX 15521,    WILMINGTON, DE 19850-5521
2925298     +ISLAND FINANCE,    PO BOX 373,    VICTORIA STATION,    AGUADILLA, PR 00605-0373
2925299     +JOYERIA GORDON,    PO BOX 689182,    DESMOINSES, IA 50368-9182
2925300      MUEBLERIAS BERRIOS CORP,    PO BOX 674,    CIDRA, PR  00739-0674
2925301     +SEARS CREDIT CARD,    PO BOX 183081,    COLOMBUS, OH 43218-3081

The following entities were noticed by electronic transmission on Jun 29, 2010.
cr           E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2010 19:37:27
              GE MONEY BANK (JCPENNEY CREDIT SERVICES),    C/O RECOVERY MANAGEMENT SYSTEMS CORP,
              25 SE 2ND AVE, SUITE 1120,    MIAMI, FL  33131-1605
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2010 19:37:27     JC PENNY,    PO BOX 27570,
              ALBUQUERQUE, NM 87125
2925296     +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2010 19:37:27     GEMP JC PENNY PR,    PO BOX 27570,
              ALBUQUERQUE, NM 87125
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**                    **Signature:** _Joseph Speetjens_